**Order entered September 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00426-CR

**JAVEON DEROID DALCOURZUBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-10957-J**

## ORDER

Before the Court is appellant's September 5, 2019 motion to extend time to file his brief.

We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/ LANA MYERS
JUSTICE